IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL JOHN BENHOFF, Individually and as personal representative of the Estate of TERESA ANNE BENHOFF, Deceased | : <br> : <br> : CIVIL ACTION <br> : <br> : |
| vs. | : <br> : NO. 14-CV-4960 |
| SK TRAVEL, LLC., GULFSTREAM AEROSPACE CORPORATION (Delaware), GULFSTREAM AEROSPACE CORPORATION (Georgia), HONEYWELL INTERNATIONAL PARKER HANNIFIN CORPORATION (California), and PARKER HANNIFIN CORPORATION (Ohio) | : <br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER**

AND NOW, this    5th    day of November, 2014, upon consideration of Plaintiff's Motion to Remand to the Pennsylvania Court of Common Pleas (Doc. No. 5), and Defendant SK Travel, LLC's Response in opposition thereto, it is hereby ORDERED that the Motion is GRANTED and this matter is hereby REMANDED to the Court of Common Pleas of Philadelphia County.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.